

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-10-2012

# Michael Alexander Nelson v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 11-1654

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Michael Alexander Nelson v. Atty Gen USA" (2012). *2012 Decisions.* Paper 623.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/623

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 13, 2012

No. 11-1654

MICHAEL ALEXANDER NELSON,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED
STATES, Respondent

(Agency No. A044-843-940)

Present: VANASKIE, BARRY and CUDAHY, Circuit Judges

Motion by Respondent to Publish the Opinion Dated 05/22/2012.

Respectfully,
Clerk/pdb for smw

_____ORDER_____
The foregoing motion is GRANTED

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: July 10, 2012
Smw/cc:    Jeffrey L. Menkin, Esq.
           Kristen Sawicki, Esq.
           Richard H. Frankel, Esq.
           Jonathan O'Boyle, Esq.